

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

§

ANNA RUILOBA,                       §           No. 08-17-00123-CR

               Appellant,          §             Appeal from the

v.                                  §           171st District Court

THE STATE OF TEXAS,                 §           of El Paso County, Texas

               State.               §             (TC# 20140D02097)

§

## **O R D E R**

The Court received and filed the supplemental clerk's record as requested in its order

issued December 7, 2018.  Therefore, the Appellant's brief is now due February 3, 2019.

IT IS SO ORDERED this 4th day of January, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.